UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASAYUKI AGURO,

    Petitioner,

    v.

JEANNE S. WOODFORD, Director,
California Dept. Of Corrections,

    Respondent.
_____/

No. C 05-5296 PJH

**JUDGMENT**

Pursuant to the order denying relief on Aguro's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge